John F. Lomax, Jr. (#020224)
Kathryn Hackett King (#024698)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone: (602) 382-6000
jlomax@swlaw.com
kking@swlaw.com
Attorneys for Defendants D-Velco Manufacturing, Inc.,
Northstar Aerospace, Inc., and Bob Tatroe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Martin,<br><br>            Plaintiff,<br><br>v.<br><br>D-Velco Manufacturing of Arizona, Inc., et al.,<br><br>            Defendants. | No. 2:11-cv-02246-PHX-GMS<br><br>**JOINT NOTICE OF RESOLUTION** |

   Defendants D-Velco Manufacturing, Inc., Northstar Aerospace, Inc., Bob Tatroe (collectively "Defendants") and Plaintiff Gary Martin ("Plaintiff"), by and through the undersigned attorneys, file this Joint Notice of Resolution and state as follows:

   1.   After receiving two extensions of time from this Court to pursue a resolution of this case, the parties have agreed verbally to a resolution of this matter and are in the process of reducing that agreement to writing.

   2.   The parties request fourteen days to reduce the agreement to writing, after which Plaintiff will file a voluntary dismissal of this case with prejudice.

///

///

///

14403540.1

DATED this 25th day of January 2012.

          SNELL & WILMER L.L.P.

By  s/ Kathryn Hackett King
    John F. Lomax, Jr.
    Kathryn Hackett King
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ  85004-2202
    Attorneys for Defendants D-Velco Manufacturing of Arizona, Inc.; Northstar Aerospace, Inc., and Bob Tatroe

          YEN PILCH KOMADINA & FLEMMING

By  s/Robert Yen
    Robert Yen
    Carol Pilch
    6017 N. 15th Street
    Phoenix, Arizona  85014
    Attorneys for Plaintiff Gary Martin

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert E. Yen
Caroline A. Pilch
Phil S. Flemming
YEN, PILCH, KOMADINA & FLEMMING
6017 North 15th Street
Phoenix, Arizona 85014
yen@ypklaw.com
pilch@ypklaw.com
flemming@ypklaw.com

                    s/Kimberly Noah

14403540.1