# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Martin, | No. CV-11-2246-PHX-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| D-Velco Manufacturing of Arizona, Inc., et al., | |
| Defendants. | |

Pursuant to the parties' Joint Notice of Resolution (Doc. 16),

**IT IS HEREBY ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 30 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **February 24, 2012** without further leave of Court.

Dated this 25th day of January, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge